UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts Southern
District of Texas
FILED

MAR 23 2022

Nathan Ochsner, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| ELDEN DON BRANNAN | § | C-22-184 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about February 23, 2022 in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

ELDEN DON BRANNAN,

did knowingly possess one (1) destructive device, to wit: one (1) homemade pipe bomb, consisting of a one-inch diameter metal pipe approximately six inches in length, wrapped in white tape and a fuse cord protruding out of one end. This device was required to be registered and was not in fact registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY

UNITED STATES ATTORNEY

By: _____
JOEL DUNN
Assistant United States Attorney