UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | CORPUS CHRISTI DIVISION |
|---|---|
| V. | CRIMINAL ACTION NO. C-22-184 |
| ELDON DON BRANNAN | **EXHIBIT LIST** |
| HON. DAVID S. MORALES | CASE MANAGER: Arlene Rodriguez<br>COURT REPORTER: |
| LIST OF<br>☑ GOVERNMENT  ☐ DEFENDANT<br>AUSA: JOEL DUNN | PROCEEDING: TRIAL<br>DATE: October 11, 2022 |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1 | POTOGRAPH – CONTAINER WITH DESTRUCTIVE DEVICE AND PARTS | | | | |
| 2 | PHOTOGRAPH—REVERSE SIDE OF CONTAINER WITH DESTRUCTIVE DEVICE AND PARTS | | | | |
| 3 | PHOTOGRAPH— FIREWORKS IN DEFENDANT'S CLOSET | | | | |
| 4 | PHOTOGRAPH—TAPE USED ON DEVICE | | | | |
| 5 | PHOTOGRAPH—EXTRA FUSES | | | | |
| 6 | PHOTOGRAPH— TOP OF DESTRUCTIVE DEVICE | | | | |
| 7 | PHOTOGRAPH— BOTTOM OF DESTRUCTIVE DEVICE | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 8   | PHOTOGRAPH—FUSE LENGTH | | | | |
| 9   | PHOTOGRAPH—PLUG, POWDER, and STARS | | | | |
| 10  | PHOTOGRAPH—TAPED UP PIPE | | | | |
| 11  | ATF LABORATORY REPORT | | | | |